

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-13-00783-CR and 04-13-00784-CR

Christopher **LANEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR6078W and 2010CR12838
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, has informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a *pro se* brief, we **order** that he do so on or before **March 7,** 2014. If appellant files a timely *pro se* brief, the State may file a responsive brief no later than thirty days after appellant's *pro se* brief is filed in this court. Alternatively, if appellant does not file a timely *pro se* brief, the State may file a brief in response to counsel's brief no later than **April 7, 2014**.

We further **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82, 109 S. Ct. 346, 102 L. Ed.2d 300 (1988) (holding that a motion to withdraw should not be ruled on before appellate court independently reviews the record to determine whether counsel's evaluation that the appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008) (same).

We further **order** the clerk of this court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court